1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CLETUS MCKASKLE,                                   )
                                                   )
                    Plaintiff,                     )      Case No. 2:15-cv-00582-JCM-GWF
                                                   )
vs.                                                )      **ORDER**
                                                   )
SMITH'S FOOD AND DRUG CENTERS, INC.,               )
                                                   )
                    Defendant.                     )
_____        )

    This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes

of the Court dated March 31, 2015, required the parties to file a Joint Status Report no later than May 3,

2015.  To date the parties have not complied.  Accordingly,

    **IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies

with the Minutes of the Court no later than **May 18, 2015**.  Failure to comply may result in the issuance

of an order to show cause why sanctions should not be imposed.

    DATED this 8th day of May, 2015.


_____
GEORGE FOLEY, JR.
United States Magistrate Judge