JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLETUS MCKASKLE,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC.; DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-00582-JCM-GWF<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

WHEREAS, the parties and their respective counsel participated in a private mediation on June 9, 2015 which led to a full and final resolution of this case;

IT IS HEREBY STIPULATED AND AGREED by and between CHRISTOPHER A. ELSEE, ESQ. of the law firm STOVALL & ASSOCIATES, Attorneys for Plaintiff CLETUS MCKASKLE, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A.,

///
///
///
///
///
///
///
///

CLAC 3039189.1

Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that all claims herein of Plaintiff CLETUS MCKASKLE against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs.

DATED this 30th day of June, 2015.

| STOVALL & ASSOCIATES | COOPER LEVENSON, P.A. |
|---|---|
| *signature* | *signature* |
| CHRISTOPHER A. ELSEE, ESQ.<br>Nevada Bar # 013333<br>2301 Palomino Lane<br>Las Vegas, Nevada 89107<br>(702) 258-3034<br>Attorneys for Plaintiff<br>CLETUS MCKASKLE | JERRY S. BUSBY, ESQ.<br>Nevada Bar # 001107<br>6060 Elton Avenue – Suite A<br>Las Vegas, Nevada 89107<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

*signature*
UNITED STATES DISTRICT JUDGE
DATED: July 2, 2015

CLAC 3039189.1